AO106 (Rev. 12/03) Affidavit for Search Warrant

US MAGISTRATE COURT
SDTX
FILED

SEP 21 2011 CR

David J. Bradley, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

Sprint/Nextel cellular phone with assigned call number (956) 229-7075 with International Mobile Subscriber Number 316010115008988

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 5:11-MJ-1552

I, JASON HAVEMANN being duly sworn depose and say:

I am a(n) Special Agent with the Drug Enforcement Administration (Official Title) and have reason to believe

that ☐ on the person of or ☑ on the property or premises known as (name, description and/or location)

SPRINT/NEXTEL cellular phone with assigned call number (956) 229-7075 with International Mobile Subscriber Number 316010115008988

in the SOUTHERN District of TEXAS and elsewhere

there is now concealed a certain person or property, namely (describe the person or property to be seized)

PRECISE LOCATION DATA INFORMATION FOR SPRINT/NEXTEL CELLULAR PHONE with assigned call number (956) 229-7075 with International Mobile 316010115008988

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

evidence of a crime

concerning a violation of Title 21 United States code, Section(s) 841 and 846 among others

The facts to support a finding of probable cause are as follows:

See attached Affidavit

Continued on the attached sheet and made a part hereof: ☑ Yes ☐ No

Signature of Affiant

Sworn to before me and subscribed in my presence,

September 21, 2011 at Laredo Texas
Date                                                       City               State

Guillermo R. Garcia          U.S. District Judge
Name of Judge                Title of Judge           Signature of Judge